**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. 04-36097

Payan, Luis C.                                           Chapter 13
_____
Debtor(s)

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _____194.00_____ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the filing fee(s):*

$ _____20.00_____   Check one   ☑ With the filing of the petition, or
                                ☐ On or before _____

$ _____58.00_____   on or before October 28, 2004  RS
$ _____58.00_____   on or before November 21, 2004  RS
$ _____58.00_____   on or before December 23, 2004  RS

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 2 8 2004
KENNETH S. GARDNER, CLERK
PS REP. EG

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  9/28/2004    _____  9/28/2004
Signature of Attorney        Date      Signature of Debtor          Date
                                       (In a joint case, both spouses must sign.)

**Timothy K. Liou #06229724**               _____
Name of Attorney                            Signature of Joint Debtor (if any)        Date

---

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____              _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.
                                             (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____              _____
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

APPLICATION TO PAY FILING FEE IN INSTALLMENTS

SEP 2 9 2004

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

3

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only