```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 36097
   LUIS C PAYAN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3756
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 09/29/2004 and was confirmed 11/18/2004.

The plan was confirmed to pay secured creditors 100% and unsecured creditors  10.08%.

The case was paid in full 02/09/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CITIMORTGAGE INC | CURRENT MORTG | 36444.20 | .00 | 36444.20 |
| CITIMORTGAGE INC | MORTGAGE ARRE | 717.72 | .00 | 717.72 |
| VALUE CITY | SECURED | 500.00 | 52.05 | 500.00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1428.75 | .00 | 144.02 |
| VALUE CITY | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT & T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1241.10 | .00 | 125.10 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1999.36 | .00 | 201.54 |
| CAPITAL ONE BANK | UNSECURED | 688.09 | .00 | 69.36 |
| CAPITAL ONE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | 407.28 | .00 | 41.05 |
| CARSON PIRIE SCOTT | NOTICE ONLY | NOT FILED | .00 | .00 |
| CIRCUIT CITY | UNSECURED | NOT FILED | .00 | .00 |
| CIRCUIT CITY STORES | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMPUSERVE | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2127.52 | .00 | 214.45 |
| CROSS COUNTRY BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| NATIONAL DEBT SOLUTIONS | UNSECURED | 8515.96 | .00 | 858.41 |
| DIRECT MERCHANTS BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| DIRECT MERCHANT BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 3629.71 | .00 | 365.87 |
| EVERGREEN EMERGENCY SERV | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NORTH AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NORTH AMERICAN NAT | NOTICE ONLY | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4098.98 | .00 | 413.18 |
| FLEET CREDIT CARD SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| GE CAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 558.00 | .00 | 56.25 |
| MONOGRAM CREDIT CARD BAN | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK | NOTICE ONLY | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 36097 LUIS C PAYAN

```
MONOGRAM CREDIT CARD BAN NOTICE ONLY    NOT FILED              .00            .00
MONOGRAM CREDIT CARD BAN UNSECURED      NOT FILED              .00            .00
MONOGRAM CREDIT CARD     NOTICE ONLY    NOT FILED              .00            .00
ECAST SETTLEMENT CORP    UNSECURED         421.37              .00          42.47
WALMART STORES           NOTICE ONLY    NOT FILED              .00            .00
WALMART                  NOTICE ONLY    NOT FILED              .00            .00
BP CITI                  UNSECURED      NOT FILED              .00            .00
BP AMOCO                 UNSECURED      NOT FILED              .00            .00
DIRECT MERCHANTS         NOTICE ONLY    NOT FILED              .00            .00
FLEET CREDIT CARD SERVIC NOTICE ONLY    NOT FILED              .00            .00
MARATHON OIL             UNSECURED      NOT FILED              .00            .00
MONOGRAM CREDIT CARD BAN NOTICE ONLY    NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED      NOT FILED              .00            .00
SHELL                    UNSECURED      NOT FILED              .00            .00
CC VISA                  UNSECURED      NOT FILED              .00            .00
TIMOTHY K LIOU           REIMBURSEMENT      14.40              .00          14.40
NATIONAL CAPITAL MANAGEM UNSECURED         864.32              .00          87.12
NATIONAL CAPITAL MGMT LL UNSECURED        3131.59              .00         315.66
TIMOTHY K LIOU           DEBTOR ATTY     2,700.00                        2,700.00
TOM VAUGHN               TRUSTEE                                         2,760.03
DEBTOR REFUND            REFUND                                          1,109.90

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  47,232.78

PRIORITY                                             14.40
SECURED                                          37,661.92
    INTEREST                                         52.05
UNSECURED                                         2,934.48
ADMINISTRATIVE                                    2,700.00
TRUSTEE COMPENSATION                              2,760.03
DEBTOR REFUND                                     1,109.90
                       ---------------     ---------------
TOTALS                   47,232.78                47,232.78
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 03/09/09           _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE


                              PAGE   2
           CASE NO. 04 B 36097 LUIS C PAYAN